USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**JHON CORONEL-GUTIERREZ,**

**Plaintiff,**

**-against-**

**586 RIVER AVE, LLC, and LEON D. DEMATTEIS CONSTRUCTION CORPORATION,**

**Defendants.**
---------------------------------------------------------------X

---------------------------------------------------------------X

**586 RIVER AVE, LLC, and LEON D. DEMATTEIS CONSTRUCTION CORPORATION,**

**Third-Party Plaintiffs,**

**-against-**

**LYNDON STEEL COMPANY, LLC., METRO IRON CONTRACTING, INC., and VALCON STEEL CORP.,**

**Third-Party Defendants.**
---------------------------------------------------------------X

**25-cv-03677 (JHR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

This case has been removed from New York State Supreme Court, Bronx County, pursuant to the Court's diversity jurisdiction. The Plaintiff's complaint is filed at ECF No. 1-1. 586 River Avenue, LLC, answered the complaint, which is filed at ECF No. 1-10.[1]

The Defendants impleaded Lyndon Steel Company, LLC, Metro Iron Contracting, Inc., and Valcon Steel Corp., as Third-Party Defendants. That Third-Party Complaint is filed at ECF

[1] Defendants 586 River Avenue, LLC, and Leon D. Dematteis Construction Corp. are represented by the same counsel, ECF No. 1-14, but the Court has not located an answer on behalf of Leon D. Dematteis Construction Corp.

No. 1-5. By stipulation, the time for Third-Party Defendant Lyndon Steel Company to respond was extended to April 30, 2025. ECF No. 1-6. The Court has not located an answer to the Third-Party Complaint, though counsel for Lyndon Steel Company has appeared. ECF No. 3.

It is ORDERED that, by October 23, 2026,

(1) Defendant Leon D. Dematteis Construction Corp. shall file a response to the Complaint;

(2) Third-Party Defendant Lyndon Steel Company shall file a response to the Third-Party Complaint; and

(3) Defendants/Third-Party Plaintiffs shall notify the Court if they have served Third-Party Defendants Metro Iron Contracting, Inc., and Valcon Steel Corp. If those Defendants are in default, Third-Party Plaintiffs shall advise the Court if they intend to seek a Certificate of Default.

It is further ORDERED that the Clerk of Court is directed to modify the caption to reflect the names of the Third Party Plaintiffs (586 River Avenue and Leon D. Dematteis Construction Corp.), as set forth in the caption of this order.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 16, 2026
New York, New York